IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 03-98M-X ) |
| JUAN MANUEL GONZALEZ-RUIZ, | ) ) |
| Defendant. | ) ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the unlawful flight to avoid prosecution charge against defendant. This dismissal is based on the reasons set forth in the attached affidavit of Meredith P. Duchemin.

Dated this 20th day of July 2009.

Respectfully submitted,

STEPHEN P. SINNOTT
Acting United States Attorney

By: _____
JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

_____
STEPHEN L. CROCKER
United States Magistrate Judge

Dated: 7-21-09